THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY ERIC FINLEY, <br><br> Defendant. | NO. CR11-359-JLR <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

THIS MATTER having come before the Court on Defendant's Motion to Modify Conditions of Release, and the Court having reviewed the defense motion and the records in this matter,

IT IS ORDERED that the alcohol testing device and the location monitoring condition shall be removed. All other conditions of supervision or release previously imposed shall remain in effect.

IT IS SO ORDERED.

DATED this 24th day of Feb., 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Jeremy Eric Finley

ORDER - 1
(*USA v. Finley;* CR11-359-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100